# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRY LEE HONAKER, | |
| Plaintiff, | |
| v. | No: 1:16-cv-02703-TWP-DML |
| DIVERSIFIED CONSULTANTS, INC, | Honorable Tanya Walton Pratt |
| Defendant. | Magistrate Honorable Debra McVicker Lynch |

## NOTICE OF SETTLEMENT

TO THE COURT:

The Parties hereby submit this Notice of Settlement to inform the Court that the instant proceeding has been settled and the Parties are in the process of executing the associated documents. The Parties request 30 days in which to file the stipulated dismissal.

Dated: December 8, 2016                    Respectfully Submitted,

/s/ Daniel M. Spector
Daniel M. Spector
Counsel for Plaintiff
Consumer Law Partners, LLC
435 North Michigan Avenue, Suite 1609
Chicago, Illinois 60611
Phone (267) 422-1000
Fax: (267)422-2000