UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| TERRY LEE HONAKER, | ) | **Acknowledged** |
|  | ) | TWP |
| Plaintiff, | ) | December 29, 2016 |
|  | ) |  |
|  | ) | No. 1:16-cv-02703-TWP-DML |
| vs. | ) |  |
|  | ) | Honorable Judge Tanya Walton Pratt |
|  | ) |  |
| DIVERSIFIED CONSULTANTS, INC., | ) | Magistrate Judge Debra McVicker Lynch |
|  | ) |  |
| Defendant, | ) |  |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice against the defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: December 28, 2016                                Respectfully Submitted,

/s/ Michael D. Slodov                                         /s/ Daniel M. Spector
Michael D. Slodov                                              Daniel M. Spector
Counsel for Defendant                                        Counsel for Plaintiff
Sessions, Fishman, Nathan & Israel, LLC           Consumer Law Partners, LLC
15 E. Summit Street                                            435 N. Michigan Avenue
Chagrin Falls, OH 44022                                    Suite 1609
Phone: (440) 318-1073                                       Chicago, IL 60611
Fax: (216) 359-0049                                           Phone: (267) 422-1000
Email: mslodov@sessions.legal                         Fax: (267) 422-2000